THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
v. MORRIS GALTRAF, Respondent.

(Submitted March 25, 1929; decided April 16, 1929.)

*Richard S. Newcombe, District Attorney (Thomas F. Thornton* of counsel), for appellant.
*Joseph Lonardo* for respondent.

Appeal dismissed, on the ground it was not allowed in accordance with section 520 of the Code of Criminal Procedure; no opinion.

Concur: POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and LEHMAN, J.